391 A.2d 693

Commonwealth v. Carlus Moore, Appellant.

Submitted March 20, 1978. Brian R. Williams, for appellant; Eric B. Henson, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.